UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  25-cv-20530-KMM

LEE HEINZELMANN,

     *Plaintiff*,

vs.

NCL (BAHAMAS) LTD. D/B/A
NORWEGIAN CRUISE LINE,

     *Defendant*.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
## AND CORPORATE DISCLOSURE

     Defendant, NCL (BAHAMAS) LTD., a Bermuda company ("Norwegian"), by and through undersigned counsel, hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

## CERTIFICATE OF INTERESTED PARTIES

     1.    The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

     Lee Heinzelmann
     *Plaintiff*

     NCL (Bahamas) Ltd.
     *Defendant*

     Eric Bluestein, Esq.
     *Attorney for Plaintiff*

*Case No.: 25-cv-20530-KMM*

Dolan Dobrinsky Rosenblum Bluestein, LLP
*Attorney for Plaintiff*

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Defendant, NCL (Bahamas) Ltd., a Bermuda company ("Norwegian"), by and through the undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC"). NCLC is a wholly-owned subsidiary of Norwegian Cruise Line Holdings Ltd., a Bermuda company publicly traded on the New York Stock Exchange under ticker symbol NCLH ("NCLH").

Respectfully submitted,

**NORWEGIAN CRUISE LINE**
Attorneys for Defendant
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:     (305) 436-4653
Facsimile:     (305) 468-2132

By: */s/ Todd L. Sussman*
        **Todd L. Sussman, Esq.**
        Florida Bar No. 0084729
        tsussman@ncl.com

*Case No.: 25-cv-20530-KMM*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By:  */s/ Todd L. Sussman*
     **Todd L. Sussman, Esq.**


## SERVICE LIST

*Lee Heinzelmann vs. NCL (Bahamas) Ltd.*
Case No.: 25-cv-20530-KMM
United States District Court for the Southern District of Florida

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL  33126
Telephone:     (305) 436-4653
Facsimile:     (305) 468-2132
tsussman@nclcorp.com
jjara@nclcorp.com
*Attorneys for Defendant*

Eric Bluestein, Esq.
DOLAN DOBRINSKY ROSENBLUM
BLUESTEIN, LLP
2665 S. Bayshore Dr.
Suite 603
Miami, Florida 33133
Telephone: (305) 371-2692
Facsimile: (305) 371-2691
EBluestein@DDRLawyers.Com
*Attorneys for Plaintiff*